**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ROBERT MARTIN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BOSS WIRELESS LLC, et al.,**<br><br>**Defendants.** | **Case No. 26-CV-01143-SPM** |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court is Plaintiff Robert Martin's Motion for Alternative Service on Defendant Boss Wireless LLC. (Doc. 49). Pursuant to Federal Rule of Civil Procedure 4, service may be made by following state law for serving a summons in the state where service is made. FED. R. CIV. P. 4(e)(1). Defendant Boss Wireless LLC is a limited liability company located in Louisiana. Pursuant to Louisiana statute, if a corporations registered agent "cannot with reasonable diligence be served, the corporation may be served by registered or certified mail, return receipt requested, addressed to the secretary of the corporation at its principal office." LSA-R.S. 12:1-504(B).

Therefore, Plaintiff's Motion for Alternative Service on Defendant Boss Wireless LLC is **GRANTED**. Plaintiff may serve Defendant Boss Wireless LLC by registered or certified mail, return receipt requested, addressed to the secretary of Boss Wireless LLC and sent to the principal office of Boss Wireless LLC.

**IT IS SO ORDERED.**

**DATED: October 21, 2026.**

**STEPHEN P. McGLYNN**
**U.S. District Judge**